IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN JEFFRIES,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>C/O PORSHE, Correctional Officer; C/O YANG, Correctional Officer; SGT MURPHY, Floor Sgt; and DOUGLAS COUNTY CORRECTIONS STAFF, (in general) Admissions;<br><br>　　　　　　Defendants. | 8:22CV61<br><br>ORDER |

　　IT IS ORDERED that Plaintiff's Motion for Extension of Time (Filing 8) to pay his initial partial filing fee is granted. Plaintiff shall have until May 11, 2022, to pay his initial partial filing fee of $15.20. The clerk's office is directed to reset the following pro se case management deadline: May 11, 2022: check for initial partial filing fee.

　　Dated this 11th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge