IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN JEFFRIES, <br><br> Plaintiff, <br><br> vs. <br><br> C/O PORSHE, Correctional Officer; C/O YANG, Correctional Officer; SGT MURPHY, Floor Sgt; and DOUGLAS COUNTY CORRECTIONS STAFF, (in general) Admissions, <br><br> Defendants. | 8:22CV61 <br><br> **MEMORANDUM AND ORDER** |

Plaintiff filed his Complaint in this matter on February 18, 2022, while he was incarcerated. The court granted him leave to proceed in forma pauperis on March 8, 2022, also while he was incarcerated. On October 17, 2022, the court received returned mail that had been directed to Plaintiff at his correctional institution indicating that Plaintiff is no longer incarcerated and instead resides at a private address in Omaha, Nebraska. (*See* Filing 12.)

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further

notice to Plaintiff.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The Clerk of the Court is directed to set a pro se case management deadline with the following text: November 17, 2022—deadline for Plaintiff to file new IFP application or pay filing fee.

4. The Plaintiff's deadline to file an amended complaint, as directed in Filing 11, is extended to December 23, 2022.

5. The Clerk of the Court is directed to set a pro se case management deadline using the following text: December 23, 2022—amended complaint due.

DATED this 18th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2