IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN JEFFRIES,<br><br>          Plaintiff,<br><br>vs.<br><br>C/O PORSHE, Correctional Officer; C/O YANG, Correctional Officer; SGT MURPHY, Floor Sgt; and DOUGLAS COUNTY CORRECTIONS STAFF, (in general) Admissions,<br><br>          Defendants. | **8:22CV61**<br><br><br>**MEMORANDUM<br>AND ORDER** |

      Plaintiff filed his Complaint in this matter on February 18, 2022, while he was incarcerated. The court granted him leave to proceed in forma pauperis on March 8, 2022, also while he was incarcerated. The court issued a Memorandum and Order after initial review of Plaintiff's Complaint and allowed Plaintiff until October 24, 2022, to file an amended complaint. (Filing 11.) On October 17, 2022, the Memorandum and Order was returned to the court by the United States Postal Service indicating that Plaintiff is no longer incarcerated and instead resides at a private address in Omaha, Nebraska. (Filing 12.) The court resent the Memorandum and Order to Plaintiff at his new address (Filing 12), but failed to change Plaintiff's address on the docket sheet. Thus, the court's next order (which directed that because Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis or pay the court's $402.00 filing and administrative fees by November 17, 2022) was sent to the Lincoln Diagnostic & Evaluation Center instead of to Plaintiff's private address. Accordingly,

IT IS THEREFORE ORDERED that:

1. Because Plaintiff is no longer incarcerated, Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees by January 5, 2023. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. Along with this Memorandum and Order, the Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit" to his address at 3414 N. 105th Plaza, Apartment 1517, Omaha, NE 68134. The Clerk of the Court shall change the Plaintiff's address on the docket sheet to match this address.

3. The Plaintiff's deadline to file an amended complaint, as directed in Filing 11, is extended to January 23, 2023.

4. The Clerk of the Court is directed to set two pro se case management deadlines using the following text: January 5, 2023—deadline for Plaintiff to file new IFP application or pay filing fee; and January 23, 2023—amended complaint due.

DATED this 6th day of December, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge