IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN JEFFRIES,<br><br>Plaintiff,<br><br>vs.<br><br>C/O PORSHE, Correctional Officer; C/O YANG, Correctional Officer; SGT MURPHY, Floor Sgt; and DOUGLAS COUNTY CORRECTIONS STAFF, (in general) Admissions;<br><br>Defendants. | 8:22CV61<br><br>**MEMORANDUM AND ORDER** |

On December 6, 2022, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a new request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 14. The Court also gave Plaintiff until January 23, 2023, to file an amended complaint as directed in Filing No. 11. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, filed an amended complaint, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 30th day of January, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge